IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01962–RPM–KMT

VALENCIA THOMAS,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

## MINUTE ENTRY FOR SETTLEMENT CONFERENCE

DATE:    January 5, 2009

A Settlement Conference was held on this date and a settlement was reached. The parties are to submit their settlement documents on or before January 31, 2009.

Settlement Conference and Preparation held for 3 hours 30 minutes.

Settlement Conference concluded:    Yes

Record Made:    No. Settlement Agreement and release documents signed in court.

ORDERED:    All future court hearings and deadlines before the Magistrate Judge are vacated.